BRIAN STRETCH, SBN CA 163793
United States Attorney
SARA WINSLOW, DCBN 457643
Chief of the Civil Division
DEBORAH STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RATTAN, | CIVIL NO. 4:16-CV-04779-YGR |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Court's August 7, 2017, order denying plaintiff Rattan's motion for summary judgment and granting defendant Berryhill's cross-motion for summary judgment, judgment is entered in favor of defendant Berryhill and against plaintiff Rattan with respect to all claims asserted in the complaint. The clerk is ordered to terminate case No. 16-cv-04779-YGR.

**IT IS SO ORDERED.**

Dated: August 30, 2017

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Judgment, 4:16-CV-04779-YGR

Respectfully submitted,

Date: August 15, 2017      By:    */s/ \* Harvey Peter Sackett*
                                                        HARVEY PETER SACKETT
                                                        (*authorized by email on Aug. 15, 2017)
                                                        Attorney for Plaintiff

Date: August 15, 2017                       BRIAN STRETCH
                                                       United States Attorney

                                       By:    */s/ Jennifer A. Kenney*
                                                        JENNIFER A. KENNEY
                                                        Special Assistant United States Attorney

[~~Proposed~~] Judgment, 4:16-CV-04779-YGR

2